IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY SERRANO-GOMEZ, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-7390 |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | |
| | : | |
| Respondents. | : | FILED |
| | : | MAR 24 2015 |
| | | MICHAEL E. KUNZ, Clerk |
| | | By_____ Dep. Clerk |

<u>ORDER</u>

AND NOW, this 24th day of March, 2015, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1) and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. 5), **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Habeas Corpus is **DENIED WITHOUT PREJUDICE** to allow Petitioner to exhaust his state court remedies before returning to federal court; and

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that Petitioner's Request for Appointment of Counsel (Doc. 6) is **DENIED**.

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, U.S.C.J.